145 P.3d 915

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

| | | | |
|---|---|---|---|
| State v. Martins | 26220 | 10/04/2006 | Vacated & remanded |
| State v. Kaiser | 27526 | 10/09/2006 | Vacated, remanded & affirmed |
| State v. Cambra | 26746 | 10/25/2006 | Affirmed |
| Fong v. Oh | 27635 | 10/27/2006 | Vacated & affirmed |